452 A.2d 49

Commonwealth v. Small, Jr., Appellant.

Submitted February 24, 1982. Douglas M. Johnson, Public Defender, for appellant; Joseph A. Smyth, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

The order of the learned Montgomery County Common Pleas Court Judge Vincent A. Cirillo is affirmed.